IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2009 APR -1 A 9: 42

DEBRA P. HACK[?]
U.S. DISTRICT [...]
[...]

Patrick Jackson
_____
Full name and prison name of
Plaintiff(s)

v.

Andy Hughes
Keith Reed
C.O. A. Chancey
Sgt. Jones
_____

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 1:09cv276-TMH
(To be supplied by Clerk of U.S. District
Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff (s) _____

         Defendant(s) _____

      2. Court (if federal court, name the district; if state court, name the county)

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Houston County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Houston County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Andy Hughes | 901 E. Main St. |
| 2. | Keith Reed | 901 E. Main St. |
| 3. | C.o. Chancey | 901 E. Main St. |
| 4. | SGt. Jones | 901 E. Main St. |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Sept. 19th 08 From 2:00 PM - 5:00 PM inside the Houston county Jail

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I was handcuffed behind my back and stripped naked and searched.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

It's all on the paper attached to this sheet.

GROUND TWO: I was forced to let c.o. chancey touch me in unwanted ways.

SUPPORTING FACTS: It's all on the paper attached to this sheet.

GROUND THREE:

SUPPORTING FACTS:

VI. **STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.**

I Patrick Jackson humbly ask the court to hold all defendants responsible for their actions. I ask the court to order all defendants to be reprimanded to the fullest extent liable by their conduct code. (permantly relieved of duties) I ask the cort to bring charges against the defendants to the fullest extent of the law if found guilty for their actions. I ask the cort to award me 500,000.00 for pain and suffering, mental anguist, and Post tramatic stress disorder cause by the defendants' actions.

_Patrick J. Jackson_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3-27-09 .
　　　　　　　(Date)

_Patrick J. Jackson_
Signature of plaintiff(s)

Dear Whom this may concern,   3-27-09

I Patrick Jackson on the 19th of Sept. 2008 between the hours of 2:00 PM – 5:00 PM. I was sexually assaulted by C.O. Chancey inside of the Houston County Jail in the November Pod downstairs shower. I was handcuffed behind my back and Chancey physically took my cloths off my body to perform a search when I asked him not to. I feel I was forced to be strip searched and forced to let him touch my body in unwanted ways. I know that I waited this long to say somthing about it, but I was scared about what was going to happen to me here in this jail. Also a few weeks ago the Gov. who investigate sexual abuse on inmates came down here and I took their test they offerd us to take and confessed. So now I'm ready to confess to the court. They also have cameras in that pod. You can see when they took me and my cell-mate Joshua McMiller out of Room 17 and down the stairs to sit at a table then from the table we went into the shower one at a time with the handcuffs still on. Once in the shower C.O. Chancey started pulling my cloths down and I was like "ya'll can't strip me with handcuffs on", I then stated "ya'll violating my rights by trying to search me with the handcuffs on." Then he stated "Oh well you shouldn've came to jail plus you don't have a choice anyway." That's when he stripped me naked and started lifting up my penis, feeling all around my growing area, Then telling me to bend over and cough, then spreading my buttocks, He said he was seeing if anything was there far as contraband goes. It really hurt me to sit here and explain this to this court, but it's the truth. I got alot of people who saw the C.O. take me in the shower handcuffed and searched me. You can even ask my cell-mate Joshua McMiller who is in the State's Prison System Right Now. Please help me make a differents in this County Jail here cause it's happening here everyday, People are just scared to report it. I'm scared now. I promise to god this is true. Also about 2 weeks ago a person got raped here in the same dorm I'm in It happen 13 times before it was reported. Please send the feds to come see how we are living down here. Tell them come take a few statements. Thank you for your time. God Bless you.

Patrick Jackson
58275 J-pod cell-12
901 E. Main St.
Dothan, AL. 36301

Legal Mail

$00.59
02 1M
0004237211   MAR 31 2009
MAILED FROM ZIP CODE 36303

Office of the clerk
United States District court
P.O. Box 711
Montgomery, AL. 36101